**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GRIEVANCE COMMITTEE OF THE | : | |
| UNITED STATES DISTRICT COURT | : | No.  3:12-gp-04-MRK |
| FOR THE DISTRICT OF CONNECTICUT | : | |
| | : | |
| VS. | : | |
| | : | |
| PETER SHAFRAN | : | June 11, 2012 |

## MOTION FOR DEFAULT

The Grievance Committee of the United States District Court for the District of Connecticut, duly appointed and qualified (the "Grievance Committee"), hereby moves for the entry of a default and judgment by default against Respondent Peter Shafran (the "Respondent") in the above-captioned action, and in support of this motion states:

1.       Respondent was an attorney-at-law duly admitted to the Bar of the United States District Court for the District of Connecticut on March 1, 1986.

2.       On November 15, 2011, the Superior Court for the State of Connecticut entered an order accepting the Respondent's resignation from the bar of the State of Connecticut and waiving the privilege of applying for readmission to the bar for ten years.

3.       Under Local Rule 83.2(f), when an attorney is disciplined by order of the Courts of Connecticut or any other state or federal Court, counsel for the Grievance Committee must institute a presentment in the manner specified in Local Rule 83.2(d) petitioning this Court to impose identical discipline upon the attorney.

4.       On or about March 9, 2012, the Grievance Committee instituted a Presentment against the Respondent and requested that an Order be issued to the Respondent to answer the Presentment and to appear and show cause why his admission to the Bar United States District

Court for the District of Connecticut should not be immediately terminated, and why he should not be prohibited from applying for readmission to the Bar of this Court at any time in the future.

5.     The Court issued an Order to Show Cause dated March 22, 2012, directing the Respondent to Answer the Presentment by June 5, 2012, and scheduling a hearing on the matter for July 5, 2012.

6.     Pursuant to Local Rule 83.1(c)(3), a member of the Bar of this Court who changes his or her office address must notify the Clerk of any such change of address within 30 days of such change.  Upon information and belief, the Order to Show Cause and Presentment were sent by the Clerk by certified mail, return receipt requested, addressed to the Respondent at his last known office address on record with the Court, but such mailing was returned unclaimed.  In addition, upon information and belief the Order to Show Cause and Presentment were sent by the Clerk by certified mail, return receipt requested, addressed to the Respondent at an address for the Respondent provided by the Respondent's attorney in the State Court grievance proceedings concerning the Respondent, but such mailing was also returned unclaimed.

7.     The Respondent has not filed any Answer to the Presentment to date even though the deadline to do so – June 5, 2012 – has passed.

**WHEREFORE,** the Grievance Committee prays that a default be entered against the Respondent and that an Order and Judgment be entered in this matter immediately terminating the Respondent's admission to the Bar United States District Court for the District of Connecticut and prohibiting the Respondent from applying for readmission to the Bar of this Court for a period of ten years.

Dated at Bridgeport, Connecticut, this 11th day of June, 2012.

THE GRIEVANCE COMMITTEE FOR THE
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT


By:＿＿＿/s/ David B. Zabel＿＿＿＿＿＿＿＿
David B. Zabel (ct01382)
Its Counsel
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
Tel.  (203) 368-0211
Fax  (203) 394-9901
E-mail: dzabel@cohenandwolf.com

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on June 11, 2012, copies of the foregoing Motion for Default were

served by first class U.S. Mail, postage prepaid, as follows:

Addressed to the Respondent at his last office address on file with the Clerk, as follows:

Peter Shafran
733 Summer Street
Stamford, CT  06901


Addressed to the Respondent at the following address provided by the Respondent's counsel:

Peter W. Shafran
47 Jefferson Avenue
Hastings on Hudson, NY  10706


/s/ David B. Zabel
David B. Zabel

-4-